UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| BROTHERHOOD MUTUAL INSURANCE COMPANY, | ) |  |  |
|---|---|---|---|
|  | ) |  |  |
| Plaintiff, | ) | Case No. | 6:16-CV-01362 |
| v. | ) |  |  |
| M.M., a minor by and through his natural Mother, T.C., | ) |  |  |
| J.J., a minor by and through his natural Mother, A.K., | ) |  |  |
| A.K. | ) |  |  |

## MEMORANDUM AND ORDER

The Court takes up the Motion to Quash Notice of Deposition and for Protective Order filed by Plaintiff Brotherhood Mutual Insurance Company [Doc. 20]. After reviewing Plaintiff's Motion, Defendants' Response to Plaintiff's Motion [Doc. 21] and Plaintiff's Reply in Support [Doc. 22], the Court hereby grants Plaintiff's Motion in part and denies it in part.

Plaintiff Brotherhood Mutual seeks an Order from this Court to quash the Notice to Take Deposition Duces Tecum served by Defendants J.J. and A.K. [Doc. 19]. Plaintiff further asks this Court for a Protective Order that Defendants may not seek discovery on the subjects listed in the deposition notice. In their Notice, Defendants desire to depose a representative of Brotherhood Mutual pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure on several topics and have asked Plaintiff to produce documents related to those topics.

The Court finds that *Lappin v. Gwartney*, 2001 WL 185167 (D. Kan. Feb. 20, 2001) is on point to the arguments raised by Plaintiff and supports Plaintiff's arguments to quash the Notice

1

to Take Deposition Duces Tecum filed by Defendants. The Court hereby grants Plaintiff's Motion to Quash the Notice on all issues raised in the Notice.

The Court denies Plaintiff's request for a Protective Order. The Court finds a Protective Order is unnecessary at this time and would be inappropriate to enter at this stage of the proceedings.

The Court hereby sustains the Plaintiff Brotherhood Mutual Insurance Company's Motion to Quash the Notice to Take Deposition Duces Tecum [Doc. 20.]. The Court denies Plaintiff's request for a Protective Order.

**IT IS SO ORDERED.**

*s/ Gerald L. Rushfelt*
U. S. Magistrate Judge Gerald L. Rushfelt

Submitted by:

*/s/ Curtis O. Roggow*
Curtis O. Roggow     KS# 14980
Sean M. Sturdivan    KS# 21286
Sanders Warren & Russell, LLP
40 Corporate Woods, Ste. 1250
9401 Indian Creek Parkway
Overland Park, KS  66210
P: (913) 234-6100
F: (913) 234-6199
c.roggow@swrllp.com
s.sturdivan@swrllp.com
**ATTORNEYS FOR PLAINTIFF
BROTHERHOOD MUTUAL INS. CO.**

*/s/ Alan R. Pfaff*
Alan R. Pfaff          KS #12949
Withers, Gough, Pike, Pfaff & Peterson, LLC
O.W. Garvey Building

200 W. Douglas, Ste. 1010
Wichita, KS  67202
316-267-1562 / F: 316-303-1018
apraff@withersgough.com
**ATTORNEYS FOR DEFENDANTS COMMUNITY CHRISTIAN CHURCH, BARNHART, CONRADY, EDDINGTON, BRIGHT, DARBRO, AIKEN, LESTER, MCHUGH AND MEADOWS**


*/s/ David M. Mayer*
David M. Mayer,			KS#15880
Phillip Reed Martens
MONSEES & MAYER, P.C.
4717 Grand Ave., Ste. 820
Kansas City, MO  64112
816-361-5555 / Fax: 816-361-5577
dmayer@monseesmayer.com
rmartens@monseesmayer.com
**ATTORNEY FOR DEFENDANTS J.J., A MINOR, BY AND THROUGH HIS NATURAL MOTHER A.K. AND A.K., INDIVIDUALLY**


*/s/ Fred Spigarelli*
Fred Spigarelli		KS #07078
Angela Spigarelli		KS #18913
The Spigarelli Law Firm
515 North Broadway
P.O. Box 1449
Pittsburg, KS  66762
(620) 231-1290 / (620) 232-6650  FAX
*Melissa@spigarelli-law.com*
*aspig@spigarelli-law.com*
**ATTORNEY FOR DEFENDANTS M.M., A MINOR, BY AND THROUGH HIS *NATURAL MOTHER T.C.***